# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D23-0528
LT Case No. 2018-CF-013275

—————————————————

ERIC LAMAR JACKSON, JR.,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.

April 2, 2024

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., and LAMBERT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____